IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LYNDA L. JONES, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| MICHAEL J. ASTRUE, Commissioner, | * | No. 4:11-CV-00817-JJV |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is remanded for further administrative action. This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE