## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| LYNDA L. JONES, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | No. 4:11-cv-00817-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner responded and offered no objection to the fees requested. So, after careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable. Therefore the Court approves attorney fees and costs in the amount of $2,508.50 (14.65 attorney hours at $170 per hour, and expenses of $18.00).

2. The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ---, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this <u>7th</u> day of September, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE