IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LYNDA L. JONES, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | No.  4:11-cv-00817-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Commissioner responded and offered no objection to the fees requested.  So, after careful consideration of the Motion and Response, the Court finds:

1.	The hours spent by counsel were reasonable.  Therefore the Court approves attorney fees and costs in the amount of  $2,508.50 (14.65 attorney hours at $170 per hour, and expenses of $18.00).

2.	The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.  *Astrue v. Ratliff*, --- U.S. ---, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3.	Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 7th day of September, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE